# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−1 | User: admin | Date Created: 8/27/2026 |
| Case: 26−10647 | Form ID: 309A | Total: 20 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Wendy Yacelin Miron Caceres 2360 Brookwood Ave Santa Rosa, CA 95404 |
| ust | Office of the U.S. Trustee / SR Office of the United States Trustee Phillip J. Burton Federal Building 450 Golden Gate Ave. 5th Fl., #05−0153 San Francisco, CA 94102 |
| tr | Michael G. Kasolas P.O. Box 27526 San Francisco, CA 94127 |
| aty | Evan Livingstone Law Office of Evan Livingstone 2585 Sebastopol Rd Ste Unit 7265 Santa Rosa, CA 95407 |
| smg | CA Franchise Tax Board Bankruptcy Group P.O. Box 2952 Sacramento, CA 95812−2952 |
| smg | CA Employment Development Dept. Bankruptcy Group MIC 92E P.O. Box 826880 Sacramento, CA 94280−0001 |
| 15947037 | ABC Fitness Solutions, LL Attn: Legal / Bankruptcy 8320 Highway 107 Sherwood, AR 72120 |
| 15947038 | Aldous & Associates, P.L.L.C. Attn: Bankruptcy / Compliance Department P.O. Box 171374 Salt Lake City, UT 84117−1374 |
| 15947039 | Amex/Cbna PO Box 6789 Sioux Falls, SD 57117−6789 |
| 15947041 | Capital One AttN: Bankruptcy PO Box 30285 Salt Lake City, UT 84130−0285 |
| 15947040 | Capital One PO Box 31293 Salt Lake City, UT 84131−0293 |
| 15947043 | Cbna Attn: Bankruptcy PO Box 509 Canton, NY 13617−0509 |
| 15947042 | Cbna PO Box 6217 Sioux Falls, SD 57117−6217 |
| 15947044 | Citibank, N.A. c/o Joan Wagner The Moore Law Group PO Box 25145 Santa Ana, CA 92799−5145 |
| 15947045 | PayPal, Inc. Attn: Legal Department / Bankruptcy 2211 N. 1st Street San Jose, CA 95131 |
| 15947046 | Planet Fitness, Inc. Attn: Legal Department / Bankruptcy 4 Liberty Lane West Hampton, NH 03842 |
| 15947047 | Redwood Credit Union 3033 Cleveland Ave Santa Rosa, CA 95403−2126 |
| 15947048 | Redwood Credit Union Attn: Bankruptcy 3033 Cleveland Ave Santa Rosa, CA 95403−2126 |
| 15947050 | Synchrony Bank/Amazon Attn: Bankruptcy PO Box 965060 Orlando, FL 32896−5060 |
| 15947049 | Synchrony Bank/Amazon PO Box 71737 Philadelphia, PA 19176 |

TOTAL: 20